IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD JEFFERSON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | NO. 20-941 |
| v. | : | |
| | : | |
| THE DISTRICT ATTORNEY | : | |
| OF THE COUNTY | : | |
| OF PHILADELPHIA, et al., | : | |
| Respondents. | : | |

### ORDER

**AND NOW**, this 18th day of July, 2022, upon careful and independent consideration of the pleadings and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DENIED AND DISMISSED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists would debate the correctness of the procedural bases for this adjudication. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Harvey Bartle III
_____
HARVEY BARTLE III,            J.